# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MALCOLM BROOKS,

    Plaintiff

v.

BRIAN T. MOYNIHAN, et al.,

    Defendants

Case No.: 2:18-cv-01104-APG-BNW

**Order Accepting Report and Recommendation and Dismissing Case**

[ECF No. 10]

On December 2, 2019, Magistrate Judge Weksler recommended that I dismiss this case because plaintiff Malcolm Brooks has not complied with the court's order or taken any other action in the case. ECF No. 10. Brooks did not object. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

I THEREFORE ORDER that Magistrate Judge Weksler's report and recommendation (ECF No. 10) is accepted and plaintiff Malcolm Brooks' complaint (ECF No. 1-2) is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 19th day of December, 2019.

                                                    ANDREW P. GORDON
                                                  UNITED STATES DISTRICT JUDGE